AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bailey, John P. | Northern District of West Virginia | 07/24/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
P.O. Box 551
Wheeling, WV 26003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Federal Judges Assoociation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Germain & Co., Inc. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 02/03/17 to 02/06/17 | Miami, Florida | Midyear meeting | Travel & some expenses |
| 2. | Federal Judges Association | 03/20/17 to 03/22/17 | Washington, DC | Board Meeting | Travel & Lodging |
| 3. | West Virginia Bar Foundation | 05/20/17 to 05/21/17 | Roanoke, West Virginia | Young Lawyer Leadership Conference | Lodging & meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 07/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | K |
| 2. | American Express | Credit Card | K |
| 3. | Main Street Bank | Personal Loan | M |
| 4. | BB&T | Mortgage on Rental Property | O |
| 5. | Barclay's Bank | Credit Card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 07/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. - Barclays US TIPS Fund | A | Dividend | J | T | | | | | |
| 3. - MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 4. - MSCI Emerging Mkt Index Fd ETF | A | Dividend | J | T | | | | | |
| 5. - SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 6. - SPDR S&P Midcap 400 ETF | A | Dividend | J | T | | | | | |
| 7. - Russell 2000 Value Index Fd | A | Dividend | J | T | | | | | |
| 8. - SPDR S&P Dividend ETF | A | Dividend | J | T | | | | | |
| 9. - Federated US Treasury Cash Reserves 395 | A | Interest | J | T | | | | | |
| 10. Mass Mutual Life Ins. Whole Life Ins. | A | Dividend | J | T | | | | | |
| 11. Rental Property, Seabrook Island, SC | E | Rent | O | R | | | | | |
| 12. IRA #2 | D | Int./Div. | O | T | | | | | |
| 13. - Dodge & Cox International Stock FD | A | Dividend | K | T | | | | | |
| 14. - Fidelity Govt MMkt Cap Reserves | A | Int./Div. | L | T | | | | | |
| 15. - Harbor International Instututional Fd | A | Dividend | | | Sold | 07/19/17 | K | B | |
| 16. - Ishares Russell 2000 Value ETF | A | Dividend | J | T | | | | | |
| 17. - Ishares Edge MSCI Min Vol EAFE EFT | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 07/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - MFS Global Equity Fd Class 1 | A | Dividend | K | T | | | | | |
| 19. - Pimco Foreign Bond Fd Hedged Inst | A | Dividend | K | T | | | | | |
| 20. - Powershares Exch Traded Fd TSTII S&P | A | Dividend | K | T | | | | | |
| 21. - Guggenheim S&P 500 Pure Growth | A | Dividend | K | T | | | | | |
| 22. - SPDR Ser Tr S&P Div. ETF | B | Dividend | L | T | | | | | |
| 23. - SPDR S&P Midcap 400 ETF Tr UTSE1 | A | Dividend | L | T | | | | | |
| 24. - Vanguard Spec. Portfolio Div | A | Dividend | K | T | | | | | |
| 25. - Vanguard Equity Inc. Admiral FD | A | Dividend | K | T | | | | | |
| 26. - Vanguard Index Fd Vanguard Small Cap | A | Dividend | K | T | | | | | |
| 27. - Wisdomtree TR Midcap Div Fd | B | Dividend | L | T | | | | | |
| 28. - Wisdomtree Small Cap Div Fd | A | Dividend | K | T | | | | | |
| 29. -Goldman Sachs CD 1.45% | A | Interest | L | T | Buy | 10/27/17 | L | | |
| 30. -Oppenheimer Global Opportunities | A | Int./Div. | K | T | Buy | 07/20/17 | K | | |
| 31. Enterprise Products Partners LP | A | Distribution | J | T | | | | | |
| 32. Columbus Ohio City School Bond | A | Interest | J | T | | | | | |
| 33. Chevron Corp New Com | A | Dividend | J | T | | | | | |
| 34. Coca Cola Co. | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 07/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  e.l.f. Beauty Inc. | A | Dividend | J | T | | | | | |
| 36.  Fidelity Govt MMKT Cap. Res. | A | Int./Div. | J | T | | | | | |
| 37.  Germaine & Co 401(k) X | A | Dividend | K | T | | | | | |
| 38.  -PNC Stable Value Fd X | A | Dividend | J | T | | | | | |
| 39.  -Am Europacific Growth R6 X | A | Dividend | J | T | | | | | |
| 40.  -T Rowe Price Growth Stock X | A | Dividend | J | T | | | | | |
| 41.  - Vanguard 500 Index Admiral X | A | Dividend | J | T | | | | | |
| 42.  - Vanguard Mid Cap Index Adm X | A | Dividend | J | T | | | | | |
| 43.  - Vangaurd Small Cap Index Adm X | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 07/24/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 9. Asset was erroneously described as Federated U.S. Treasury Cash Reserves 632, when in fact the asset is Federated U.S. Treasury Cash Reserves 395.

Part VII, line 11. Property purchased 02/28/14. Actual purchaseice $762,500.

Part VII, lines 37-43. Not previously reportable under section 360.10(c) Special Disclosure Rules. The account in question represents my spouse's sole financial interest and that the filer had no specific knowledge of the property until 2017. In addition, the item is not in any way, past or present, derived from the income, assets or activities of the filer. Finally, the filer neither derives, nor expects to derive. any financial or economic benefit from the item.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John P. Bailey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544